UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **ROY ALLEN GLASS,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:05cv0070 AS |
| | ) | |
| **JOHN R. VAN NATTA,** | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM OPINION AND ORDER*

On or about January 31, 2005, *pro se* petitioner, Roy Allen Glass, an inmate at the Wabash Valley Correctional Facility (WVCF) in Carlisle, Indiana, filed a petition seeking relief under 28 U.S.C. §2254. The Motion to Dismiss and Memorandum filed on behalf of the respondent by the Attorney General of Indiana on April 14, 2005, demonstrates the necessary compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).

The petitioner is a convicted felon serving a sentence imposed by a court in the State of Indiana. At the time of the filing of this petition, he was incarcerated in the WVCF which is not in this district, but it is in the territorial area of the U.S. District Court for the Southern District of Indiana. It appears that the events related in the petitioner's petition occurred in this district while he was incarcerated in the Miami Correctional Facility in Bunker Hill, Indiana in this district. He was the subject of a prison disciplinary proceeding designated as MCF 04-10-057 in or around October 2004. He was found guilty of fighting and the sanction was for disciplinary segregation for six months. That sanction does not implicate

a liberty interest under *Sandin v. Conner*, 515 U.S. 472 (1995).  Therefore, the motion to dismiss is well taken and is now **GRANTED**.  **IT IS SO ORDERED**.

**DATED:**  May 17, 2005

                                                   s/ ALLEN SHARP
                                      **ALLEN SHARP, JUDGE**
                                      **UNITED STATES DISTRICT COURT**